[Nos. 21554-3-II; 22080-6-II. Division Two. December 4, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY ERIC CAFFREY, *Appellant*.

Appeals from a judgment of the Superior Court for Clallam County, No. 96-1-00183-9, George L. Wood, J., entered January 15 and July 14, 1997. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Hunt, J., Seinfeld, J., dissenting.

[No. 21589-6-II. Division Two. December 4, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS ARTHUR ZIBELL, II, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-04933-0, Waldo F. Stone, J., entered January 16, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ.

[No. 21598-5-II. Division Two. December 4, 1998.]

RENA CASEY, *Appellant*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-2-01459-4, Milton R. Cox, J., entered January 27, 1997. *Reversed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 21782-1-II. Division Two. December 4, 1998.]

*In the Matter of the Marriage of* EARL H. GORDON, *Respondent*, and JACQUELINE R. GORDON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-3-06267-0, Arthur W. Verharen, J., entered March 17, 1997. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ.